United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEMS INNOVATIONS, LLC,
Plaintiff,
v.
TDK CORPORATION, et al.,
Defendants.

Case No. 26-cv-03260-JSC

**PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLAIM CONSTRUCTION**

Following the initial case management conference held on July 29, 2026, the Court ADOPTS and ORDERS the parties' proposed schedule (Dkt. No. 63 at 14-15) through the claim construction hearing, which will be held February 16, 2027 at 10:00 a.m. in person. The Court also ADOPTS and ORDERS the parties' discovery agreements (Dkt. No. 63 at 7.)

The parties shall meet and confer within the next 30 days to discuss: (1) the USSM!.0 product, (2) consent to a specific magistrate judge, and (3) a prerecorded tutorial.

The Court will hold a further case management conference on November 4, 2026 at 2:00 p.m. via videoconference. An updated statement is due one week in advance and should address, among other things, a plan for alternative dispute resolution.

**IT IS SO ORDERED.**

Dated: July 29, 2026

JACQUELINE SCOTT CORLEY
United States District Judge